THOMAS A. WOODS (SB #210050)
thomas.woods@stoel.com
STOEL RIVES LLP
500 Capitol Mall, Suite 1600
Sacramento, CA 95814
Telephone: 916.447.0700
Facsimile: 916.447.4781

Attorney for Defendant
ATHENE ANNUITY AND LIFE COMPANY, by and through its attorney-in-fact, SELECT PORTFOLIO SERVICING, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL H. YATES, JOLENE K. YATES, NANCY SLATTEN as TRUSTEE for MICHAEL HALL YATES TRUST, ATHENE ANNUITY AND LIFE COMPANY, AN IOWA CORPORATION, STATE OF CALIFORNIA FRANCHISE TAX BOARD, UNITED STATES DEPARTMENT OF EDUCATION, GENERAL ELECTRIC CAPITAL CORP. KIRK C. WENTLAND, SAN JOAQUIN COUNTY, and CAVALRY INVESTMENTS LLC,<br><br>Defendants. | Case No. 2:20-CV-00345-JAM-AC<br><br>**ORDER GRANTING STIPULATION REGARDING NON-PARTICIPATION OF PRIORITY LIENHOLDER DEFENDANT ATHENE ANNUITY AND LIFE COMPANY** |

# **ORDER**

The foregoing Stipulation between the United States of America and Athene Annuity and Life Company is APPROVED. Athene's priority interest in the Subject Property is noted as stipulated by the Parties, and Athene is afforded an order of non-participation from all litigation activities in this case until such time as an order of this Court dissolves said order.

IT IS SO ORDERED.

DATED: April 1, 2020

/s/ John A. Mendez
The Honorable John A. Mendez
United States District Court Judge

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

[PROPOSED] ORDER GRANTING STIP RE NON-PARTICIPATION OF PRIORITY LIENHOLDER

-2-

2:20-CV-00345-JAM-AC

105919825.1 0052161-08238