DAVID A. HUBBERT
Deputy Assistant Attorney General

ISAAC M. HOENIG
RIKA VALDMAN
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044
202-307-5963 (v-Hoenig)
202-514-6056 (v-Valdman)
202-307-0054 (f)
Isaac.M.Hoenig@usdoj.gov
Rika.valdman@usdoj.gov

*Attorneys for the United States of America*

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL H. YATES, ) <br> JOLENE K. YATES, ) <br> NANCY SLATTEN as TRUSTEE for ) <br> MICHAEL HALL YATES TRUST, ) <br> ATHENE ANNUITY AND LIFE COMPANY, ) <br> AN IOWA CORPORATION, ) <br> STATE OF CALIFORNIA FRANCHISE ) <br> TAX BOARD, ) <br> UNITED STATES DEPARTMENT OF ) <br> EDUCATION, ) <br> GENERAL ELECTRIC CAPITAL CORP. ) <br> KIRK C. WENTLAND, ) <br> SAN JOAQUIN COUNTY, and ) <br> CAVALRY INVESTMENTS LLC ) <br> ) <br> Defendants. ) <br> _____ ) | Case No. 2:20-cv-345-JAM-AC <br><br> **ORDER** |

Order

Plaintiff, the United States of America and Defendant Michael Yates have jointly moved to appoint Michael Yates as the personal representative of the estate of Jolene Yates for the purposes of this litigation. The parties have also moved to substitute Michael Yates, as personal representative of the estate of Jolene Yates, for Defendant Jolene Yates pursuant to Fed. R. Civ. P. 25(a). In light of the motion and for good cause shown IT IS HEREBY ORDERED THAT:

A. Michael Yates is appointed as the personal representative of the estate of Jolene Yates for the purpose of this litigation; and

B. Michael Yates, as the personal representative of the estate of Jolene Yates, is substituted as the proper party in place of decedent Jolene Yates.

IT IS SO ORDERED

DATED: November 30, 2021         /s/ John A. Mendez
                                 THE HONORABLE JOHN A. MENDEZ
                                 UNITED STATES DISTRICT COURT JUDGE

Order