DAVID A. HUBBERT
Deputy Assistant Attorney General

ISAAC M. HOENIG
RIKA VALDMAN
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044
202-307-5963 (v-Hoenig)
202-514-6056 (v-Valdman)
202-307-0054 (f)
Isaac.M.Hoenig@usdoj.gov
Rika.valdman@usdoj.gov

*Attorneys for the United States of America*

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL H. YATES, <br> JOLENE K. YATES, <br> NANCY SLATTEN as TRUSTEE for <br> MICHAEL HALL YATES TRUST, <br> ATHENE ANNUITY AND LIFE COMPANY, AN IOWA CORPORATION, <br> STATE OF CALIFORNIA FRANCHISE TAX BOARD, <br> UNITED STATES DEPARTMENT OF EDUCATION, <br> GENERAL ELECTRIC CAPITAL CORP. <br> KIRK C. WENTLAND, <br> SAN JOAQUIN COUNTY, and <br> CAVALRY INVESTMENTS LLC <br><br> Defendants. | Case No. 2:20-cv-345-JAM-AC <br><br> **NOTICE OF CONSENT TO FILING OF FIRST AMENDED COMPLAINT** |

Notice

Pursuant to Fed. R. Civ. P. 15(a)(2), Defendant Michael Yates, Defendant California Franchise Tax Board and Defendant Athene Annuity and Life Corporation, an Iowa Corporation ("Athene") hereby provide consent for the United States to amend its complaint by filing the First Amended Complaint attached as Exhibit 1 to this Notice.

The United States has obtained relief from the automatic stay in Mr. Yates' bankruptcy case for the purpose of amending its complaint and filing a stipulation for entry of judgment against Mr. Yates. Order Lifting Automatic Stay, *In re Yates*, 20-br-25153 (Bankr. E.D. Cal) (Dkt. 129).

Respectfully submitted on December 13, 2021.

DAVID A. HUBBERT
Deputy Assistant Attorney General

/s/ Isaac M. Hoenig
ISAAC M. HOENIG
RIKA VALDMAN
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044
202-307-5963 (v-Hoenig)
202-514-6056 (v-Valdman)
202-307-0054 (f)
Isaac.M.Hoenig@usdoj.gov
Rika.valdman@usdoj.gov
*Attorneys for the United States of America*

/s/ Charles Hastings
Charles Hastings
Law Offices of Hastings & Ron
4568 Feather River Dr., Ste. A
Stockton, CA 95219
chastings@hastingslawoffice.com
*Attorney for Michael Yates*

/s/ Thomas A. Woods
Thomas A. Woods
Stoel Rives LLP
500 Capital Mall, Suite 1600

Notice

|   |   |
|---|---|
|   | Sacramento, CA 95814<br>Thomas.woods@stoel.com<br>*Attorney for Athene Annuity and Life Company* |
|   | */s/ Michael Sapaznikow*<br>Michael Sapaznikow<br>Deputy Attorney General<br>Business & Tax Section<br>Office of the Attorney General<br>1300 I Street, P.O. Box 944255<br>Sacramento, CA 94244-2550<br>Michael.Sapaznikow@doj.ca.gov<br>*Attorney for the California Franchise Tax Board* |

**IT IS SO ORDERED.**

DATED:  December 17, 2021        /s/ John A. Mendez
                                 THE HONORABLE JOHN A. MENDEZ
                                 UNITED STATES DISTRICT COURT JUDGE

Notice