DAVID A. HUBBERT
Deputy Assistant Attorney General

ISAAC M. HOENIG
RIKA VALDMAN
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044
202-307-5963 (v-Hoenig)
202-514-6056 (v-Valdman)
202-307-0054 (f)
Isaac.M.Hoenig@usdoj.gov
Rika.valdman@usdoj.gov

*Attorneys for the United States of America*

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:20-cv-345-JAM-AC |
| Plaintiff, | ) | |
| v. | ) | **ORDER GRANTING STIPULATION FOR ENTRY OF PARTIAL JUDGMENT** |
| MICHAEL H. YATES INDIVIDUALLY and as PERSONAL REPRESENTATIVE FOR THE ESTATE OF JOLENE K. YATES, NANCY SLATTEN as TRUSTEE for MICHAEL HALL YATES TRUST, ATHENE ANNUITY AND LIFE COMPANY, AN IOWA CORPORATION, STATE OF CALIFORNIA FRANCHISE TAX BOARD, UNITED STATES DEPARTMENT OF EDUCATION, GENERAL ELECTRIC CAPITAL CORP. KIRK C. WENTLAND, SAN JOAQUIN COUNTY, and CAVALRY INVESTMENTS LLC | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

1

Order

The United States of America and Michael Yates, individually and as personal representative for the Estate of Jolene Yates, ("Mr. Yates") have jointly filed a Stipulation for Entry of Judgment. In light of the Stipulation, there being no just reason for delay, and for good cause shown, it is hereby ORDERED that the parties' Stipulation for Entry of Judgment is GRANTED and a Partial Judgment shall be entered accordingly.

IT IS SO ORDERED.

DATED: December 21, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE